UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GRAND STREET REALTY, LLC,
KAUFMAN, FRIEDMAN, PLOTNICK,
& GRUN, LLP,

JUDGMENT
04-CV- 4738 (CBA)

Appellants,

-against-

RICHARD J. MCCORD,

Appellee.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 30, 2005, affirming the decision of the Bankruptcy Court for the Eastern District of New York to award attorneys' fees and costs in the amount of $7,253.79 to the Trustee; it is

ORDERED and ADJUDGED that judgment is hereby entered affirming the decision of the Bankruptcy Court for the Eastern District of New York to award attorneys' fees and costs in the amount of $7,253.79 to the Trustee.

Dated: Brooklyn, New York
       September 30, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court